David Lawrence DIXON,
Plaintiff–Appellant,

v.

Howard H. PAINTER, Warden of Mt.
Olive Correctional Complex; Paul
Kirby, Commissioner of Department
of Corrections, Defendants–Appellees.

No. 01–6402.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

David Lawrence Dixon, pro se. Charles
Patrick Houdyschell, Jr., West Virginia Di-
vision of Corrections, Charleston, WV, for
appellees.

Before WIDENER, NIEMEYER,
WILLIAMS, Circuit Judges.

PER CURIAM.

David Lawrence Dixon appeals the dis-
trict court's orders denying relief on his 42
U.S.C.A. § 1983 (West Supp.2001) com-

plaint and denying a subsequent motion to vacate under Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dixon v. Painter*, No. CA–00–602–5 (S.D. W. Va. Mar. 1, 2001; Sep. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*